UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NORCA INDUSTRIAL COMPANY, LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>       Defendant. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 21-00192 |
| **INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,**<br><br>       Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>       Defendant. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 21-00193 |

## CONSOLIDATION AND SCHEDULING ORDER

Upon consideration of the Joint Status Report and Proposed Briefing Schedule, ECF No. 13, filed in Norca Industrial Company, LLC v. United States, Court No. 21-00192; the Joint Status Report and Proposed Briefing Schedule, ECF No. 12, filed in International Piping & Procurement Group, LP v. United States, Court No. 21-00193; and all other papers and proceedings in the above-captioned actions, and pursuant to USCIT Rule 42, it is hereby

**ORDERED** that the above-captioned cases are consolidated into Norca Industrial Company, LLC v. United States, Consolidated Court No. 21-00192; and it is further

**ORDERED** that this case will proceed according to the following schedule:

1. Defendant shall file the administrative record on or before June 21, 2021;

2. Motions for judgment on the agency record and opening briefs, if any, shall be filed on or before August 20, 2021;

3. Response briefs, if any, shall be filed on or before November 5, 2021;

4. Reply briefs, if any, shall be filed on or before December 3, 2021;

5. The joint appendix shall be filed on or before December 17, 2021; and

6. Motions for oral argument, if any, shall be filed on or before December 24, 2021.

While the court considers timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts. The court notes that the Parties proposed the dates in this scheduling order and expects that the Parties will be able to meet these deadlines.

      /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:   June 8, 2021
       New York, New York