UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Jennifer Choe-Groves, Judge

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY, LLC,<br><br>        Plaintiff,<br><br>  and<br><br>INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,<br><br>        Consolidated Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>        Defendant. | Consol. Court No. 21-00192 |

**PLAINTIFF NORCA INDUSTRIAL COMPANY, LLC'S
RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Plaintiff Norca Industrial Company, LLC moves for judgment on the agency record under the United States Court of International Trade Rule 56.2.

Norca challenges the United States Customs and Border Protection's November 6, 2020 Final Determination, as affirmed by the March 22, 2021 Administrative Review as unlawful under this Court's standard of review applicable to determinations under the Enforce and Protect Act. For the reasons outlined in the accompanying memorandum of points and authorities, CBP's evasion determination is unsupported by substantial evidence, and is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law.

WHEREFORE, Norca requests that this Court enter an Order: (1) holding CBP's Final Determination, as affirmed by the Administrative Review, is not supported by substantial evidence, is arbitrary and capricious, an abuse of discretion, and is otherwise not in accordance

with law; (2) vacating the Final Determination and Administrative Review, and (3) prohibiting CBP from taking further adverse action based on the Final Determination, as affirmed by the Administrative Review.

Date: August 20, 2021

    Respectfully submitted,

    */s/ Jeremy W. Dutra*
    Peter Koenig
    peter.koenig@squirepb.com
    Jeremy W. Dutra
    jeremy.dutra@squirepb.com
    Christopher D. Clark
    christopher.clark@squirepb.com

    SQUIRE PATTON BOGGS (US) LLP
    2550 M Street, NW
    Washington, DC 20037
    (202) 457-6000

    *Counsel to Plaintiff*
    *Norca Industrial Company, LLC*

## UNITED STATES COURT OF INTERNATIONAL TRADE

### Before: The Honorable Jennifer Choe-Groves, Judge

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY, LLC,<br><br>              Plaintiff,<br><br>  and<br><br>INTERNATIONAL PIPING &<br>PROCUREMENT GROUP, LP,<br><br>              Consolidated Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>              Defendant. | Consol. Court No. 21-00192 |

### ORDER

Upon consideration of Plaintiff Norca Industrial Company, LLC's Rule 56.2 Motion for Judgment on the Agency Record and other papers and proceedings herein, Norca's Motion is GRANTED and it is hereby:

**ORDERED** that the United States Customs and Border Protection's November 6, 2020 Final Determination of evasion, as affirmed by the March 22, 2021 Administrative Review, is reversed because it is unsupported by substantial evidence, and is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law; and is

**FURTHER ORDERED** that CBP is enjoined from taking adverse action against Norca based on the November 6, 2020 Final Determination and March 22, 2021 Administrative Review.

    **SO ORDERED.**

Dated: _____, 2021             _____
     New York, New York                            Jennifer Choe-Groves, Judge