UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY, LLC,<br><br>    Plaintiff,<br><br>INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,<br><br>    Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Consol. Court No. 21-00192 |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's August 15, 2022 order (ECF No. 30), defendant, the United States, respectfully submits this status report to inform the Court of the status of the covered merchandise referral that U.S. Customs and Border Protection (CBP) made to the Department of Commerce (Commerce) pursuant to 19 U.S.C. § 1517(b)(4)(A).

On September 26, 2022, Commerce initiated its covered merchandise inquiry to determine whether the merchandise described in the Customs and Border Protection's referral is subject to the antidumping duty order on certain carbon steel butt-weld pipe fittings from the People's Republic of China.  *See Certain Carbon Steel Fittings from the People's Republic of China:  Notice of Covered Merchandise Referral and Initiation of Covered Merchandise Inquiry*, 87 Fed. Reg. 58,310 (Dep't of Commerce Sept. 26, 2022) (Ex. A).  As reflected in the attached notice, Commerce is conducting its inquiry in accordance with the procedures and deadlines set forth in 19 C.F.R. § 351.227.  *See* 19 C.F.R. § 351.227.  Commerce is scheduled to release its final determination by January 24, 2023, although that deadline may be extended.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL:<br><br>SHAE WEATHERSBEE<br>Attorney<br>U.S. Customs and Border Protection<br>Office of the Chief Counsel | s/ Bret R. Vallacher<br>BRET R. VALLACHER<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 616-0465<br>Facsimile: (202) 305-2062<br>Email: bret.r.vallacher@usdoj.gov |
| November 14, 2022 | *Attorneys for Defendant* |