## UNITED STATES COURT OF INTERNATIONAL TRADE

**NORCA INDUSTRIAL COMPANY, LLC,**

    **Plaintiff,**

**and**

**INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,**

    **Consolidated Plaintiff,**

**v.**

**UNITED STATES,**

    **Defendant.**

**Before:  Jennifer Choe-Groves, Judge**

**Consol. Court No. 21-00192**

## <u>ORDER</u>

Plaintiff filed Norca Response to Government Status Report and Motion to Reconsider Stay Order ("Motion to Reconsider"), ECF No. 39, and Defendant responded, Def.'s Resp. Pl.'s Mot. Recons. Stay and Resp. Court's Order, ECF No. 41.  The Court held a status conference on February 24, 2023 and heard from the Parties.

Upon consideration of the Motion to Reconsider and all other papers and proceedings in this action, it is hereby

Consol. Court No. 21-00192                                                    Page 2

 

    **ORDERED** that the Motion to Reconsider, ECF No. 39, is denied.

 /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:   February 24, 2023
     New York, New York