UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY, LLC,<br><br>    Plaintiff,<br><br>INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,<br><br>    Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Consol. Court No. 21-00192 |

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's August 15, 2022 order (ECF No. 30), defendant, the United States, respectfully submits this status report to inform the Court of the status of the covered merchandise referral that U.S. Customs and Border Protection (CBP) made to the Department of Commerce (Commerce) pursuant to 19 U.S.C. § 1517(b)(4)(A).

Commerce initiated its covered merchandise inquiry on September 26, 2022, to determine whether the merchandise described in CBP's referral is subject to the antidumping duty order on certain carbon steel butt-weld pipe fittings from the People's Republic of China. As we have explained, Commerce extended the deadline by which to complete its inquiry to June 23, 2023, and issued questionnaires to interested parties. ECF No. 44. Commerce remains scheduled to release its final determination by then.

                                                Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Principal Deputy Assistant Attorney General

|  |  |
|---|---|
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL:<br><br>SHAE WEATHERSBEE<br>Attorney<br>U.S. Customs and Border Protection<br>Office of the Chief Counsel | s/ Margaret J. Jantzen<br>MARGARET J JANTZEN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 353-7994<br>Facsimile: (202) 305-2062<br>Email margaret.j.jantzen@usdoj.gov |
| April 12, 2023 | *Attorneys for Defendant* |