UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY, LLC, <br><br> **Plaintiff,** <br><br> INTERNATIONAL PIPING & PROCUREMENT GROUP, LP, <br><br> **Consolidated Plaintiff,** <br><br> v. <br><br> UNITED STATES, <br><br> **Defendant.** | Consol. Court No. 21-00192 |

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's August 15, 2022 order (ECF No. 30), defendant, the United States, respectfully submits this status report to inform the Court of the status of the covered merchandise referral that U.S. Customs and Border Protection (CBP) made to the Department of Commerce (Commerce) pursuant to 19 U.S.C. § 1517(b)(4)(A).

Commerce initiated its covered merchandise inquiry on September 26, 2022, to determine whether the merchandise described in CBP's referral is subject to the antidumping duty order on certain carbon steel butt-weld pipe fittings from the People's Republic of China. On June 23, 2023, Commerce published its preliminary results, finding that Chinese-origin unfinished butt-weld pipe fittings that underwent only the third stage of production in Vietnam are subject to the scope of the antidumping order but Chinese-origin rough butt-weld pipe fittings that underwent both the second and third stages of production in Vietnam are not. *See* 88 Fed. Reg. 41075-01, 2023 WL 4131888 (June 23, 2023). To adequately consider the submissions of interested parties following the publication of its preliminary results, Commerce extended the

deadline to issue a final covered merchandise determination by 42 days pursuant to 19 C.F.R. § 351.302(b).  *See* 19 CFR § 351.302(b) ("[u]nless expressly precluded by the statute, the Secretary may, for good cause, extend any time limit established by this part.").

On August 4, 2023, Commerce again extended the deadline for the final determination, pursuant to 19 CFR § 351.302(b), to August 18, 2023, to analyze, consider, and respond to the issues raised in the parties' case and rebuttal briefs.  On August 17, 2023, Commerce notified all interested parties that good cause existed to further extend the deadline for issuing its final determination.  In particular, Commerce requires additional time to analyze, consider, and respond to the sophisticated issues raised in the parties' case and rebuttal briefs.

The new deadline for Commerce to issue the final results of its covered merchandise inquiry is September 15, 2023.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| SHAE WEATHERSBEE<br>Attorney<br>U.S. Customs and Border Protection<br>Office of the Chief Counsel | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director<br><br>s/ Margaret J. Jantzen<br>MARGARET J JANTZEN<br>Trial Attorney<br>Civil Division, Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 353-7994<br>Facsimile: (202) 305-2062 |
| August 25, 2023 | Email margaret.j.jantzen@usdoj.gov<br><br>*Attorneys for Defendant* |